COMMERCE INSURANCE COMPANY *vs.* DAVID T. BOUDRIA & another. February 19, 1981. The only two questions raised below were properly

decided by the trial judge for the reasons stated in his findings of fact and conclusions of law.

*Judgment affirmed.*

*John D. Keeton, Jr.,* for the plaintiff.
*Ronald J. Resmini* for David T. Boudria, submitted a brief.